JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON FENNELL GARCIA, | ) | NO. CV 11-2857-JAK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KATHLEEN ALLISON (WARDEN), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   May 7, 2015

_____
JOHN A. KRONSTADT
United States District Judge